UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TANEAH BURNETT,**

      **Plaintiff,**

**v.**                                                   **Case No. 6:26-cv-721-CEM-RMN**

**RELEASING OFFICER,**
**ORANGE COUNTY MEDICAL**
**CLINIC PHARMACY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff Taneah Burnett's Complaint (Doc. 1) and Motion to Proceed *In Forma Pauperis* (Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 7), recommending that the Motion be denied and the Complaint be dismissed without prejudice with leave to amend.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and made a part of this Order.

2. The Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**. On or before **May 20, 2026**, Plaintiff shall file an amended motion to proceed *in forma pauperis* in accordance with the Report and Recommendation (Doc. 7). Failure to do so within this time will result in the dismissal of this action without further notice.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice** as a shotgun pleading and because it fails to sufficiently assert facts to support a 42 U.S.C. § 1983 claim. On or before **May 20, 2026**, Plaintiff may file an amended complaint that comports with Rules 8 and 10 of the Federal Rules of Civil Procedure and complies with the requirements of this Court's Local Rules, and corrects the deficiencies identified in the Report and Recommendation (Doc. 7). Failure to do so timely comply will result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party